UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOURDES CERVANTES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-01408 |
| | § | |
| UNITED CONTINENTAL HOLDINGS, INC., | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached.  The case

is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within

ninety days from the entry of this order on representation that approval of the settlement could

not be obtained from principals.

SIGNED at Houston, Texas, this 3rd day of February, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1